UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MANDY GROSSKUNZE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Hon. Robert J. Jonker

Case No. 1:16-cv-00101

REPORT AND RECOMMENDATION

This matter was initiated on January 29, 2016. Plaintiff's request to proceed *in forma pauperis* was granted. (ECF No. 4). Since filing the case, however, Plaintiff has failed to participate regarding consent (ECF No. 11), failed to file her initial brief and failed to respond to the Order to Show Cause (ECF No. 14). The post office did not return as undeliverable any documents mailed by the court to Plaintiff.

As such, the undersigned hereby recommends that this matter be dismissed pursuant to Fed. R. Civ. P. 41(b) and W.D.Mich. L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and orders of this court. Timely objections to this Report and Recommendation shall be considered plaintiff's opportunity to show cause why this matter should not be dismissed.

Date: July 19, 2016

    /s/ Ellen S. Carmody
    ELLEN S. CARMODY
    U.S. Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice.  28 U.S.C. § 636(b)(1)(C).  Failure to file objections within the specified time waives the right to appeal the District Court's order.  *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).