UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MANDY GROSSKUNZE,

       Plaintiff,

                                                  CASE NO. 1:16-CV-101

v.

                                                  HON. ROBERT J. JONKER

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge's Report and Recommendation (ECF No. 15) recommends dismissing this matter for want of prosecution. Plaintiff has failed to object, continuing a pattern of failing to participate in this case. The Report and Recommendation is factually sound and legally correct. Accordingly, the Court approves and adopts it as the opinion of this Court.

**IT IS THEREFORE ORDERED THAT:**

•    The Report and Recommendation of the Magistrate Judge (ECF No. 15) is APPROVED and ADOPTED as the opinion of this Court.

•    All claims in this case are DISMISSED.

•    This case is TERMINATED.

**IT IS SO ORDERED.**

                                                  /s/Robert J. Jonker
                                                      Robert J. Jonker
                                               Chief United States District Judge

Dated:  August 5, 2016